# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF:<br>    MARKEL STEVEN DUNN | : |
| | :     CA 5:17-4683 |
| | : |

# **N O T I C E**

The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on November 07, 2017 and has been assigned to the Honorable Joseph F. Leeson, Jr.

The following is the schedule for filing briefs with this office:

(1) The Appellant shall serve and file his brief within 30 days after entry of the record on appeal.

(2) The Appellee shall serve and file his brief within 30 days after service of the brief of the Appellant.

(3) The Appellant may serve and file a reply brief within 14 days after service of the brief of the Appellee.

                                          KATE BARKMAN
                                          Clerk of Court

                                          By: /s/ Amanda Frazier
                                               Amanda Frazier, Deputy Clerk

cc:     P. Puleo, Esq.
           C. Laputka, Esq.
           D. Eisenberg, Pro Se
           U.S. Trustee

civ651.frm