UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARKEL STEVEN DUNN,<br>　　　　　Debtor. | : Civil No. 5:17-cv-04683<br>:<br>: Bankruptcy No. 17-14098REF |
| TOYOTA MOTOR CREDIT CORP.,<br>　　　　　Appellant,<br>　　v.<br>MARKEL STEVEN DUNN,<br>　　　　　Appellee. | :<br>:<br>:<br>:<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 24th day of July, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Bankruptcy Court's Order dated October 3, 2017, granting the Motion for Sanctions is **AFFIRMED**; and

2. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge